| | |
|---|---|
| 1 | **PROSKAUER ROSE LLP** |
| 2 | GREGORY W. KNOPP (SBN 237615) |
| | JONATHAN P. SLOWIK (SBN 287635) |
| 3 | LAURA L. VAUGHN (SBN 329470) |
| | gknopp@proskauer.com |

PROSKAUER ROSE LLP
GREGORY W. KNOPP (SBN 237615)
JONATHAN P. SLOWIK (SBN 287635)
LAURA L. VAUGHN (SBN 329470)
gknopp@proskauer.com
jpslowik@proskauer.com
vaughnl@proskauer.com
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone:   310-557-2900

Attorneys for Defendant
Wal-Mart Associates, Inc.

ARMOND M. JACKSON, Bar No. 281547
ajackson@jacksonapc.com
JACKSON LAW, APC
2 Venture Plaza, Suite 400
Irvine, CA 92618
Telephone:   949.281.6857
Fax No.:      949.777.6218

Attorneys for Plaintiff Nico Carlos

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICO CARLOS, as individuals and on behalf of others similarly situated, | Case No. 5:21-cv-00294-AB-KK |
| Plaintiff, | **JOINT STIPULATION REGARDING DISMISSAL OF ACTION** |
| v. | [Proposed Order Lodged Concurrently] |
| WAL-MART ASSOCIATES, INC., a Delaware corporation, and DOES 1-50, inclusive, | Judge:   Hon. André Birotte, Jr. |
| Defendant. | Date Action Filed: December 8, 2020 |
| | Date of Removal   February 22, 2021 |

**TO THE HONORABLE COURT:**

Plaintiff Nico Carlos ("Plaintiff") and Defendant Wal-Mart Associates, Inc. ("Walmart") (collectively, "the Parties"), by and through their respective attorneys of record, submit this Joint Stipulation pursuant to F.R.C.P. 41(a).

Because settlements in other lawsuits extinguish Plaintiff's remaining claims (i.e., the claims this Court did not previously dismiss on summary judgment or otherwise), the Parties hereby stipulate to the following:

The Court should dismiss this lawsuit with prejudice as to Plaintiff's remaining individual claims, including his individual PAGA claim; and

All claims of any putative class members, the alleged aggrieved employees under the Private Attorneys General Act ("PAGA"), and the opt-in plaintiffs under the Fair Labor Standards Act ("FLSA") shall be dismissed without prejudice.

IT IS SO STIPULATED.

Dated: January 30, 2025         PROSKAUER ROSE LLP

                                By:    /s/ Gregory W. Knopp
                                       Gregory W. Knopp
                                       Attorneys for Defendant
                                       Wal-Mart Associates, Inc.

Dated: January 30, 2025         JACKSON LAW, APC

                                By:    /s/ Armond M. Jackson
                                       Armond M. Jackson
                                       Attorneys for Plaintiff
                                       Nico Carlos

** Pursuant to L.R. 5-4.3.4, I attest that concurrence in the filing of this document has been obtained from the other signatory below.