| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICO CARLOS, as individuals and on behalf of others similarly situated, | Case No. 5:21-cv-00294-AB-KK |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION** |
| WAL-MART ASSOCIATES, INC., a Delaware corporation, and DOES 1-50, inclusive, | |
| Defendant. | |

Having read and considered the parties' Joint Stipulation, the Court hereby ORDERS that the stipulation is GRANTED. Pursuant to F.R.C.P. 41(a):

This lawsuit is dismissed with prejudice as to Plaintiff Nico Carlos's remaining individual claims, including his individual PAGA claim; and

All claims of any putative class members, the alleged aggrieved employees under the Private Attorneys General Act ("PAGA"), and the opt-in plaintiffs under the Fair Labor Standards Act ("FLSA") are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: February 4, 2025        By _____
                                  Hon. André Birotte Jr.